Fill in this information to identify the case:

Debtor name: Abe's Boat Rentals, Inc

United States Bankruptcy Court for the: Eastern District of Louisiana, New Orleans Division

Case number (if known): 18-11102

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property  12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☑ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

2.1 **Creditor's name**
Morrell Capital LLC

**Creditor's mailing address**
Morrell Capital LLC
3334 Richmond Ave Ste 210
Houston, TX 77098-3023

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Remarks:** Has priority over factored accounts.

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Factor of Accounts

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: unknown
Column B: $0.00

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $9,515,535.53

Official Form 206D  Schedule D: Creditors Who Have Claims Secured by Property  page 1 of 6

Debtor: Abe's Boat Rentals, Inc
Name

Case number (if known): 18-11102

### Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|
| | unknown | $0.00 |

**2.2 Creditor's name**
Shipyard Service, LLC

**Creditor's mailing address**
PO Box 10
Belle Chasse, LA 70037

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.3 | Creditor's name | Describe debtor's property that is subject to a lien | $9,515,535.53 | $13,160,617.31 |
|---|---|---|---|---|
| | Whitney Bank | Whitney Bank | | |
| | **Creditor's mailing address** | Whitney Bank | | |
| | PO Box 61260 | 1982 Gulf Craft Crewboat | | |
| | | Captain Joel | | |
| | New Orleans, LA 70161 | 1969 Breaux Crewboat | | |
| | | Abraham | | |
| | **Creditor's email address, if known** | 1981 Gulf Craft Crewboat | | |
| | | Captain Jason | | |
| | **Date debt was incurred** | *See continuation page.* | | |
| | **Last 4 digits of account number** 9 0 6 6 | **Describe the lien** | | |
| | **Do multiple creditors have an interest in the same property?** | **Is the creditor an insider or related party?** ☑ No ☐ Yes | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D Additional Page of Schedule D: Creditors Who Have Claims Secured by Property page 2 of 6

Debtor Abe's Boat Rentals, Inc
Name

Case number (if known) 18-11102

Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**For Asset:**
**1982 Gulf Craft Crewboat**
**Captain Joel**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines 2.3

**For Asset:**
**1969 Breaux Crewboat**
**Abraham**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines 2.3

**For Asset:**
**1981 Gulf Craft Crewboat**
**Captain Jason**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines 2.3

**For Asset:**
**2009 Neuville Crewboat**
**Dutchman**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines 2.3

**For Asset:**
**1971 Breaux Crewboat**
**Miss Annette**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines 2.3

**For Asset:**
**1990 Breaux Bay Craft Crewboat**
**Miss Wynter**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines  2.3

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 3 of 6

| Debtor | Abe's Boat Rentals, Inc | Case number *(if known)* 18-11102 |
|---|---|---|
| | Name | |

**Part 1: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**For Asset:**
**1990 Breaux Bay Craft Crewboat**
**Thunder America**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines  2.3

**For Asset:**
**1970 Stewart Crewboat**
**Wager**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines  2.3

**For Asset:**
**2008 Tiara Sovron 4300**
**Heaven**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines  2.3

Official Form 206D  Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**  page 4 of 6

Debtor  Abe's Boat Rentals, Inc  Case number *(if known)* 18-11102
  Name

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  | Line ___ | ___ ___ ___ ___ |

Official Form 206D	Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**	page 5 of 6

| Debtor | Abe's Boat Rentals, Inc | Case number *(if known)* 18-11102 |
|---|---|---|
| | Name | |

**Part 1: Additional Page**

2.

2.1 **Creditor's name**        **Describe debtor's property that is subject to a lien**
Morrell Capital LLC

2.2 **Creditor's name**        **Describe debtor's property that is subject to a lien**
Shipyard Service, LLC

2.3 **Creditor's name**        **Describe debtor's property that is subject to a lien**
Whitney Bank

2009 Neuville Crewboat
Dutchman

1971 Breaux Crewboat
Miss Annette

1990 Breaux Bay Craft Crewboat
Miss Wynter

1990 Breaux Bay Craft Crewboat
Thunder America

1970 Stewart Crewboat
Wager

2008 Tiara Sovron 4300
Heaven

Official Form 206D	Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**	page 6 of 6